Christopher Seidman (SBN 98884)
Harmon Seidman Bruss & Kerr, LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Tel: (970) 245-9075
chris@harmonseidman.com

Alex Rice Kerr (SBN 264821)
Harmon Seidman Bruss & Kerr, LLC
PO Box 3097
Jackson, WY 83001
970-270-4718
alex@harmonseidman.com

Amanda L. Bruss (SBN 246249)
Harmon Seidman Bruss & Kerr, LLC
8728 East 54th Place
Denver, CO 80238
415-271-5754
amanda@harmonseidman.com

*Attorneys for Plaintiff Carr Clifton*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARR CLIFTON,<br>Plaintiff,<br>v.<br>DELAWARE NORTH COMPANIES, INC.<br>Defendant. | Case No. 17-cv-1281<br>COMPLAINT<br>DEMAND FOR JURY TRIAL |

Plaintiff Carr Clifton ("Clifton") for his Complaint against Defendant Delaware North Companies, Inc. ("Delaware North" or "DN") alleges:

## STATEMENT OF ACTION

1. This is an action for copyright infringement brought by Carr Clifton, the author and copyright owner of the photograph described hereafter, against Delaware North for uses of Plaintiff's photograph without his permission.

## PARTIES

2. Carr Clifton is a professional photographer who makes his living licensing his photographic images. He is a resident of Taylorsville, California.

3. Delaware North is one of the largest privately-held hospitality companies in the world. DN has annual revenue of $3,000,000,000.00 ($3 billion) with 60,000 employees serving half a billion guests throughout the world, including high profile locations in California. At all times pertinent to the allegations herein, DN acted through or in concert with its various divisions, subsidiaries, affiliates, and/or third parties.

## JURISDICTION

4. This is an action for injunctive relief, statutory damages, monetary damages, and interest under the copyright laws of the United States. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 (federal question) and 1338 (copyright).

## VENUE

5. Venue is appropriate in this District pursuant to 28 U.S.C. §§ 1400(a).

## FACTS COMMON TO ALL COUNTS

6. Clifton is the author and copyright holder of the attached photographic image depicted in Exhibit 1, registered with the United States Copyright Office as set forth in Exhibit 2.

7. On December 1, 2016, Clifton was walking through the Dallas Fort Worth airport returning from an assignment in Antarctica. He observed his landscape photograph of ice and sun, created in Alaska in 1993, being prominently displayed inside the Twisted Root Burger Company restaurant as shown in Exhibit 3.

8. Upon information and belief, DN was and is the operator of the Twisted Root Burger Company restaurant located at the DFW airport.

9. Upon information and belief, one or more employees of DN was responsible for copying and uploading the photograph onto the flat screen display.

10. Clifton did not authorize DN to use his photograph.

11. Exhibits 1-3 attached hereto are incorporated into this Complaint by this reference.

**COUNT I**

**COPYRIGHT INFRINGEMENT**

12. Plaintiff incorporates herein by this reference each and every allegation contained in the paragraphs set forth above.

13. The foregoing acts of DM constitute infringements of Plaintiff's copyrights in the Photograph in violation of 17 U.S.C. §§ 501 et seq.

14. Plaintiff suffered damages as a result of HMH's unauthorized use of the Photograph.

WHEREFORE, Plaintiff requests the following:

1. A preliminary and permanent injunction against Defendant and anyone working in concert with Defendant from copying, displaying, distributing, selling or offering to sell Plaintiff's photograph.

2. As permitted under 17 U.S.C. § 503, impoundment of all copies of Plaintiff's photograph used in violation of Plaintiff's exclusive copyrights and, at final judgment, destruction or other reasonable disposition of the unlawfully used Photograph, including digital files and any other means by which they could be used again by Defendant without Plaintiff's authorization.

3. An award of Plaintiff's actual damages and all profits derived from the unauthorized use of Plaintiff's photographs or, where applicable and at Plaintiff's election, statutory damages.

4. An award of Plaintiff's reasonable attorneys' fees.

5. An award of Plaintiff's court costs, expert witness fees, interest and all other amounts authorized under law.

6. Such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury of all issues permitted by law.

DATED: March 10, 2017

Plaintiff Carr Clifton, by his attorneys,

/s/ *Christopher Seidman*

Christopher Seidman (SBN 98884)
Harmon Seidman Bruss & Kerr, LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Tel: (970) 245-9075
chris@harmonseidman.com

Alex Rice Kerr (SBN 264821)
Harmon Seidman Bruss & Kerr, LLC
PO Box 3097
Jackson, WY 83001
970-270-4718
alex@harmonseidman.com

Amanda L. Bruss (SBN 246249)
Harmon Seidman Bruss & Kerr, LLC
8728 East 54th Place
Denver, CO 80238
415-271-5754
amanda@harmonseidman.com